UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Ex Parte Application of CI INVESTMENTS INC., et al., Petitioners,<br>for an Order Pursuant to 28 U.S.C. § 1782 To Take Discovery for Use in Foreign Proceedings. | 24-MC-0426 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 13, 2024, petitioners CI Investments, Lighthouse Investment Partners LLC and Stichting Bedrijfstakpensioenfonds voor de Media PNO (together, "Petitioners") filed a petition under 28 U.S.C. § 1782 for the issuance of document and deposition subpoenas Promontory Financial Group LLC ("Promontory") related to ongoing litigation in Denmark. (ECF 1, 7.) On September 18, 2024, the petition was assigned to the Honorable Jessica G. L. Clarke, who referred the matter to me.

Petitioners are directed to serve Promontory with the petition, all supporting papers, and a copy of this Order by October 4, 2024 and to file proof of such service on the docket on the same day. Promontory's response to the petition, if any, is due October 28, 2024. Petitioners' reply, if any, is due November 4, 2024.

DATED:  September 30, 2024
         New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge